# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:23-CV-075-FDW-DCK

| | |
|---|---|
| NOELLE SPROUL, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, KEITH ATKINSON, NUVEEN, LLC, NED GODWIN, and NUVEEN SERVICES, LLC, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Yale Haymond, concerning C. Michael Ellingburg, on February 15, 2023. C. Michael Ellingburg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. C. Michael Ellingburg is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 15, 2023

David C. Keesler
United States Magistrate Judge