IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-075-FDW-DCK

| | |
|---|---|
| NOELLE SPROUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, KEITH ATKINSON, NUVEEN, LLC, NED GODWIN, and NUVEEN SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Rule 26(f0 Conference And Postpone Entry Of Rule 16(b) Scheduling Order" (Document No. 21) filed March 17, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Rule 26(f0 Conference And Postpone Entry Of Rule 16(b) Scheduling Order" (Document No. 21) is **DENIED**.

Title of Signing Officer
United States District Court